UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60763-BLOOM/Valle

JP MORGAN CHASE BANK
NATIONAL ASSOCIATION,

    Plaintiff,
v.

JUAN M. GOMEZ and
RAFAEL BURGOS VASQUEZ,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 19, 2017, Defendants filed a Notice of Removal ("Notice"), ECF No. [1], but did not include a copy of Plaintiff's state court complaint. While Defendants, in their Notice, state that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, Defendants have not provided sufficient information regarding Plaintiff's claims to satisfy their burden to establish this Court's jurisdiction. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **April 21, 2017,** Defendants shall file a *short and plain* statement stating a proper basis for this Court's jurisdiction, and file a copy of the state court complaint. Failure to comply or to otherwise properly establish this Court's jurisdiction will result in the Court remanding proceedings to state court.

Case No. 17-cv-60763-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 19th day of April, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record